# United States District Court
## FOR THE EASTERN DISTRICT OF TEXAS

EMMANUEL C. GONZALEZ,

    Plaintiff,

v.

ELITE MARKETING SOLUTIONS, INC.,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:14-cv-963

TO:     **ELITE MARKETING SOLUTIONS, INC.**
c/o Fountainhead Associates, Inc.
400 Dorla Court, Suite 4
Zephyr Cove, Nevada 89448

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, M. Scott Fuller, Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776.

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_David Maland_
CLERK

11/7/14
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-992

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Snap Interactive, Inc.
was received by me on *(date)* 10/27/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dionne Miles, agent for service at CSC at 2:50pm, who is designated by law to accept service of process on behalf of *(name of organization)* Snap Interactive, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19080 on *(date)* 10/28/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/03/2014

*Server's signature*

Daniel Newcomb, process server
*Printed name and title*

Certified Process Servers, LLC
PO Box 496508
Garland, TX 75049

*Server's address*

Additional information regarding attempted service, etc: